UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:16-cv-2809-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ALBERT SMITH, et al., | |
| Defendants. | |

    This civil rights action was closed on February 21, 2018 and judgment was duly entered. ECF Nos. 24, 25.  On April 15, 2021, plaintiff filed a "Motion for Rulings, Findings, Decisions, Statement" and a "Motion to Stop Using Electric Filing System."  ECF Nos. 31, 32.  The court takes no action on plaintiff's filings as this case is closed.  Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.  The Clerk of the Court shall terminate ECF Nos. 31 and 32.

    So ordered.

Dated:  April 22, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE